741 A.2d 597

IN THE MATTER OF GERALD J. WEIR, AN ATTORNEY AT LAW

December 17, 1999.

### ORDER

**GERALD J. WEIR** of **HUNTINGTON, NEW YORK,** who was admitted to the bar of this State in 1965, having pleaded guilty to one count of bank fraud, in violation of 18 *U.S.C.A.* 1344 and 2, and nine counts of making false statements to banks in violation of 18 *U.S.C.A.* 1014 and 2, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **GERALD J. WEIR** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **GERALD J. WEIR** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **GERALD J. WEIR** comply with *Rule* 1:20–20 dealing with suspended attorneys.